# Notice Recipients

District/Off: 0970–2      User: admin      Date Created: 6/25/2026

Case: 2:26–bk–05905–DPC      Form ID: 309F2      Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr      ZCHAPTER 11 FMC

cr      Kaplan Shea Property Company

                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      FOUR FINGERS LLC      9397 E SHEA BLVD STE D115      SCOTTSDALE, AZ 85260

cr      American Express National Bank      Zwicker & Associates, P.C.      80 Minuteman Road      P.O. Box 9043      Andover, MA 01810–1041 UNITED STATES

tr11      Joseph E. Cotterman      5232 West Oraibi Drive      Glendale, AZ 85308

tr      JOSEPH ELDON COTTERMAN      5232 West Oraibi      GLENDALE, AZ 85308

cr      Sanford J. Germaine, P.C.      Sanford J. Germaine, P.C.      4634 N. 44th Street      Phoenix, AZ 85018 UNITED STATES

aty      JOHN M POWERS      4381 N. 75TH STREET      SUITE 201      SCOTTSDALE, AZ 85251

aty      SANFORD J. GERMAINE      GERMAINE LAW OFFICE, PLC      SANFORD J GERMAINE PC      4634 N 44TH ST      PHOENIX, AZ 85018

aty      SANFORD J. GERMAINE P.C.      4364 NORTH 44TH STREET      PHOENIX, AZ 85018

smg      AZ DEPARTMENT OF REVENUE      BANKRUPTCY & LITIGATION      1600 W. MONROE, 7TH FL.      PHOENIX, AZ 85007–2650

18214574      Alerus Bank      PO Box 6001      Grand Forks, ND 58206

18214579      American Express      PO Box 30009      Salt Lake City, UT

18203153      American Express National Bank, AENB      c/o Zwicker and Associates, P.C.      Attorneys/Agents for Creditor      P.O. Box 9043      Andover, MA 01810–1041

18214582      Amex Business Prime      PO Box 60189      City of Industry, CA 91716

18214581      Amex Express Blue Business Cash      PO BOX 60189      City of Industry, CA 91716

18214584      Arizona Department of Revenue      ATTN: Customer Care      P.O. Box 29086      Phoenix, AZ 85038–9086

18214583      Costco Anywhere Citibank      PO Box 790046      St Louis, MO 63179

18214577      Everest Business Funding      102 W 38th Street 6th Floor      New York, NY 10017

18214575      Fundomate      300 Continental Blvd, Ste410      El SSegundo, CA 90245

18214580      KAPLAN SHEA PROPERFT COMPANY, LLC      PO Box 10      Scottsdale AZ 85252–0010

18214576      Kapitus      2500 Wilson Blvd, Ste 350      Arlington, VA 22201

18207708      Kaplan Shea Property Company      c/o Sanford J. Germaine, P.C.      4634 N. 44th Street      Phoenix, Arizona 85018

18214578      Wells Fargo      PO Box 29482      Phoenix, AZ 85038

                            TOTAL: 22