# Notice Recipients

District/Off: 0970–2                 User: admin                 Date Created: 7/6/2026

Case: 2:26–bk–05905–DPC             Form ID: van094bk             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          FOUR FINGERS LLC          9397 E SHEA BLVD STE D115          SCOTTSDALE, AZ 85260

                                                                          TOTAL: 1